# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

BRUD ROSSMANN                                                              PLAINTIFF

VS.                                          CIVIL ACTION NO.: 3:17-cv-189-MPM-JMV

PHILIP PULASKI, M.D., ET AL.                                              DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 17, 2017, U.S. Magistrate Judge Jane M. Virden issued a Report and

Recommendation ("R&R") recommending that the *pro se* Plaintiff's complaint be dismissed and

Plaintiff be barred from filing further complaints in this district without prior approval from a

District Judge. Doc. #7. Judge Virden's recommendation is based upon the Plaintiff's

demonstratively frivolous and troublesome complaint that otherwise fails to state a claim. *Id.* at

1.

The R&R warned that "any … objections [to the R&R] are required to be in writing and

must be filed within fourteen days of this date. Failure to timely file written objections . . . will

bar an aggrieved party, except upon grounds of plain error, from attacking on appeal unobjected-

to proposed factual findings and legal conclusions accepted by the district court." *Id.* at 6. A

copy of the R&R was mailed to the *pro se* plaintiff via United States Postal Service on December

12, 2017. The mail was returned as undeliverable.[1]

More than fourteen days have elapsed since service of the R&R and no objection thereto

has been filed or served by any party. Accordingly, this Court's review of the R&R is limited to

plain error. *See Molina-Uribe v. U.S.*, No. B:97-97, 2009 WL 3535498, at *15 (S.D. Tex. Sep.

10, 2009) ("In the absence of plain error, a party's failure to object timely to a Magistrate

---

[1] As is the case in all of the Plaintiff's other filings, referenced in the Report and Recommendation. Doc. #7 at 2.

Judge's Report and Recommendation waives any right to further judicial review of that decision.") (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1997)).

The Court has reviewed the R&R and has found no plain error. Accordingly, the R&R is **APPROVED and ADOPTED** as the opinion of the court. Thus, Plaintiff's case is hereby **DISMISSED**.

SO ORDERED, this 6th day of June, 2018.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE NORTHERN
DISTRICT OF MISSISSIPPI